NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1498

WNS HOLDINGS, LLC,

Plaintiff-Appellant,

and

INTELLIGENT TECHNOLOGIES INTERNATIONAL, INC.
and MARK ALAN EBERWINE,

Plaintiffs,

v.

UNITED PARCEL SERVICE, INC.,

Defendant-Appellee.

Michael A. Caddell, Caddell & Chapman, of Houston, Texas, argued for plaintiff-appellant. With him on the brief were Cynthia B. Chapman and George Y. Niño.

Patrick J. Flinn, Alston & Bird LLP, of Atlanta, Georgia, argued for defendant-appellee. With him on the brief were Robert L. Lee, Joseph J. Gleason and Holly S. Hawkins.

Appealed from: United States District Court for the Western District of Wisconsin

Chief Judge Barbara B. Crabb

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1498

WNS HOLDINGS, LLC,

Plaintiff-Appellant,

and

INTELLIGENT TECHNOLOGIES INTERNATIONAL, INC.
and MARK ALAN EBERWINE,

Plaintiffs,

v.

UNITED PARCEL SERVICE, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States District Court for the Western District of
                       Wisconsin

in CASE NO(S).         08-CV-00275

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, PLAGER and DYK, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED March 8, 2010          /s/ Jan Horbaly
                             Jan Horbaly, Clerk